**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 12-2388**

———————————

LAKEFRONT INVESTORS, LLC; TRUSTCAPITAL INVESTMENTS, LLC;
EQUITY TRUST COMPANY, Custodian FBO Nicholas John
Lazarchick IRA; Nicholas John Lazarchick (TTEE); CJR DUCK
ASSOCIATES, LLC; NICHOLAS JOHN LAZARCHICK,

Plaintiffs - Appellees,

v.

JANET ANN SYDNOR; CHARLES VERNON CLARKSON,

Debtors – Appellants,

and

MICHAEL G. RINN,

Trustee.

———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Richard D. Bennett, District Judge.
(1:12-cv-00327-RDB)

———————————

Submitted: April 29, 2013          Decided: May 3, 2013

———————————

Before GREGORY, SHEDD, and WYNN, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Janet Ann Sydnor, Charles Vernon Clarkson, Appellants Pro Se. Stephen Ari Metz, SHULMAN, ROGERS, GANDAL, PORDY & ECKER, PA, Potomac, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Janet Ann Sydnor and Charles Vernon Clarkson appeal from the district court's order reversing the bankruptcy court's dismissal of their bankruptcy cases. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Lakefront Investors, LLC v. Sydnor, No. 1:12-cv-00327-RDB (D. Md. Oct. 26, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED